IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, a Vermont limited liability corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a New York corporation, and DOES 1–20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-03658 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The case management conference, currently set for December 2, 2010, is **CONTINUED** to **DECEMBER 23, 2010, AT 8:00 A.M.**, immediately following the hearing on the parties' summary judgment motions.  All initial disclosure deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated:  November 17, 2010.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE