IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEPING WELL, LLC, a Vermont limited liability corporation,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, erroneously sued as The Travelers Indemnity Company, a New York corporation,

    Defendant.

No. C 10-03658 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Claudia Wilken to determine whether it is related to *Sleep Science Partners Inc. v. Lieberman et al.*, No. 4:09-cv-04200-CW.

**IT IS SO ORDERED.**

Dated: December 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE