IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEP WELL LLC,   No. C 10-03658 CW

    Plaintiff,   ORDER

  v.

The Travelers Indemnity Company, et al.,

    Defendants.
_____/

The Court, on its own motion, shall take the Motion for Leave to File Motion for Clarification, or in the Alternative, Reconsideration under submission on the papers. (Docket No. 39.) The discovery deadline of August 31, 2011, and motion deadline of October 6, 2011 are maintained. The pretrial conference of November 14, 2011, and the bench trial of November 21, 2011 are vacated. A Case Management Conference will be held on Thursday, March 24, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

Dated: 1/6/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge