IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, a Vermont limited liability corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a New York corporation, and DOES 1–20, inclusive,<br><br>    Defendants.<br>                                      / | No. C 10-03658 WHA<br><br>**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER** |

    The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . ."

Dated: January 7, 2011.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE