GEORGE D. YARON (State Bar #96246)
gyaron@yaronlaw.com
HENRY M. SU (State Bar #171853)
hsu@yaronlaw.com
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile:   (415) 658-2930

Attorneys for Plaintiff
SLEEPING WELL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, a Vermont limited Liability corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a New York Corporation, and DOES 1 -20, inclusive,<br><br>    Defendants. | CASE NO.: CV-10-03658-CW<br><br>**STIPULATION TO AMEND THE COMPLAINT AND ORDER** |

The undersigned parties hereby stipulate to amend the Complaint in this instant action as follows:  the named Defendant in this action is hereby changed from "The Travelers Indemnity Company" to "St. Paul Fire and Marine Insurance Company".

DATED: January 31, 2011                           YARON & ASSOCIATES

                                                                            */s/ Henry M. Su*
                                                          By:_____
                                                                  GEORGE D. YARON
                                                                  HENRY M. SU
                                                                  Attorneys for Plaintiff
                                                                  SLEEPING WELL, LLC

1

**Stipulation**

DATED: January 31, 2011                                    SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                                                            */s/ Matthew Lovell*
                                                                    By:_____
                                                                            BRUCE CELEBREZZE
                                                                            MATTHEW LOVELL
                                                                            Attorneys for Defendant
                                                                            ST. PAUL FIRE & MARINE INSURANCE COMPANY

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B., I attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                                                            */s/ Henry M. Su*

                                                                            _____

                                                                            Henry M. Su

IT IS SO ORDERED

DATED: Febraury 2, 2011

                                                                    By:_____
                                                                            The Honorable Claudia Wilken
                                                                            UNITED STATES DISTRICT COURT JUDGE

---

2

**Stipulation**