IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant.<br>_____/ | No. C 10-03658 CW<br><br><u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the Motion for Protective Order to Stay Discovery and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Zimmerman.  The hearing previously scheduled for Thursday, March 10, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Zimmerman.

Dated: 2/10/2011

                                        CLAUDIA WILKEN<br>                                        United States District Judge

cc: Sue; BZ.