UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, | ) |
| Plaintiff(s), | ) No. C10-3658 CW (BZ) |
| v. | ) |
| | ) **BRIEFING ORDER** |
| THE TRAVELERS INDEMNITY CO., | ) |
| Defendant(s). | ) |

Plaintiff's motion to stay discovery has been referred to me. **IT IS THEREFORE ORDERED** that defendant file any opposition by **March 2, 2011** and that any reply be filed by **March 9, 2011.** The Court will schedule a hearing if it determines one is necessary.

Dated: February 16, 2011

```
                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge
```

G:\BZALL\-REFS\SLEEPING WELL V. THE TRAVELERS\DISC 2 ORD.wpd

1