IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 10-03658 CW<br><br>ORDER CONCERNING DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE AND LETTER BRIEFING |

    As discussed at the case management conference held on April 5, 2011, the Court will take under submission on the papers Defendant St. Paul Fire and Marine Insurance Company's motion for relief from Magistrate Judge Bernard Zimmerman's order staying discovery. This motion will not be "deemed denied" pursuant to Civil L.R. 72-2; it will be decided in a written order.

    The parties have a settlement conference before Magistrate Judge Donna Ryu scheduled for April 18, 2011 at 10:00 a.m. If the parties do not settle their case, they shall discuss their disputes over discovery and the timing of the duty to defend summary judgment motion with Judge Ryu. If they cannot resolve those disputes at the settlement conference, each party shall file a letter brief regarding any remaining issues by April 25, 2011. In its respective letter brief, each party shall address its proposal

regarding the extent and timing of the discovery and motion practice necessary to resolve the dispute over Defendant's duty to defend. As stated at the case management conference, Plaintiff may not re-notice this motion until October 6, 2011, unless the parties can stipulate to, or the Court later orders, an earlier date.

IT IS SO ORDERED.

Dated: 4/12/2011

CLAUDIA WILKEN
United States District Judge

cc: Magistrate Judge Ryu

**United States District Court**
For the Northern District of California

2