IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEPING WELL, LLC,

        Plaintiff,

   v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

        Defendant.
_____/

No. C 10-03658 CW

ORDER OVERRULING AS MOOT DEFENDANT'S OBJECTIONS TO NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (Docket No. 63)

    On March 31, 2011, Defendant St. Paul Fire and Marine Insurance Company filed an objection to Magistrate Judge Bernard Zimmerman's Order of March 21, 2011.  Since then, the parties have resolved their discovery dispute.  Accordingly, Defendant's objections are OVERRULED as moot.

    IT IS SO ORDERED.

Dated: 5/6/2011

                         CLAUDIA WILKEN
                         United States District Judge