SEDGWICK LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
MATTHEW C. LOVELL (Bar No. 189728)
*matthew.lovell@sedgwicklaw.com*
ERYK R. GETTELL (Bar No. 245245)
*eryk.gettell@sedgwicklaw.com*
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone:      (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendant ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, a Vermont limited liability corporation, <br><br> Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, erroneously sued as THE TRAVELERS INDEMNITY COMPANY, a New York Corporation, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 4:10-cv-03658-CW <br><br> [PROPOSED] ORDER GRANTING ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO SEAL DOCUMENTS <br><br> Date:       July 14, 2011 <br> Time:       2:00 p.m. <br> Ctrm:       2, 4th Floor |

GOOD CAUSE APPEARING, the administrative motion of St. Paul Fire and Marine

Insurance Company ("St. Paul") to seal portions of (1) St. Paul's motion for summary judgment,

(2) the supporting declaration of Matthew C. Lovell and exhibits attached thereto, and (3) the

supporting declaration of Laura Enga and exhibits attached thereto is GRANTED.  The request

to seal has been narrowly tailored to cover only material designated by a party as "Confidential"

under the terms of the June 2, 2011 Stipulated Protective Order (ECF No. 74).

It is therefore ORDERED:

1.       The designated portions of St. Paul's Motion for Summary Judgment, as

1    identified in the declaration of Matthew C. Lovell, be filed under seal.

2        2.    The designated portions of the June 9, 2011 Declaration of Matthew C. Lovell in

3    Support of St. Paul's Motion for Summary Judgment, as identified in the declaration of Matthew

4    C. Lovell, and exhibits 1 through 5 attached thereto, be filed under seal.

5        3.    The designated portions of the June 9, 2011 Declaration of Laura Enga in Support

6    of St. Paul's Motion for Summary Judgment, as identified in the declaration of Matthew C.

7    Lovell, and Exhibit 1 attached thereto, be filed under seal.

8        4.    The redacted versions of St. Paul's Motion for Summary Judgment (ECF No. 80),

9    June 9, 2011 Declaration of Matthew C. Lovell in Support of St. Paul's Motion for Summary

10   Judgment (ECF No. 81), and the June 9, 2011 Declaration of Laura Enga in Support of St. Paul's

11   Motion for Summary Judgment (ECF No. 82), electronically filed on June 9, 2011, shall be the

12   only versions available to the public.

13       5.    In accordance with General Order 62, St. Paul shall electronically file

14   unredacted versions of its documents under seal within three days of the date of this Order.

15   DATED: _____July 5, 2011_____

16

17

18   _____
     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ST. PAUL'S MOTION TO SEAL