GEORGE D. YARON, ESQ. (State Bar #96246)
gyaron@yaronlaw.com
HENRY M. SU, ESQ. (State Bar #171853)
hsu@yaronlaw.com
HIELAM CHAN, ESQ. (State Bar #267321)
hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929

Attorneys for Plaintiff
SLEEPING WELL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPING WELL, LLC, a Vermont limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a New York Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.:   CASE NO.: CV-10-3658-CW<br><br>[PROPOSED] ORDER GRANTING SLEEPING WELL, LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

The Court having reviewed and considered the moving papers, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Sleeping Well LLC's ("Sleeping Well") Administrative Motion to seal portions of: (1) Sleeping Well's Reply to Opposition to Motion for Partial Summary Judgment; and (2) the Supplemental Declaration of Henry M. Su in Support of Sleeping Well's Reply to Opposition to Motion for Partial Summary Judgment and exhibits attached thereto, is **GRANTED**.

**IT IS THEREFORE ORDERED:**

1.   Portions of Sleeping Well, LLC's Reply Opposition to Motion for Partial Summary Judgment that have been redacted, and designated in the Declaration of Henry M. Su, be filed under seal.

---

[PROPOSED] Order
G:\3448\pleadings\mpsj.June2011\Mot.Seal.Reply\Prop.Order.wpd

2.    Portions of the Supplemental Declaration of Henry M. Su in Support of Sleeping Well, LLC's Reply that have been redacted, and designated in the Declaration of Henry M. Su, be filed under seal.

3.    Within three days of the date of this Order, Sleeping Well shall electronically file under seal the un-redacted versions of these documents.

IT IS SO ORDERED.

Date:  7/18/2011

_____
CLAUDIA WILKEN
United States District Judge

-[PROPOSED] Order
G:\3448\pleadings\mpsj.June2011\Mot.Seal.Reply\Prop.Order.wpd