UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLEEPING WELL, LLC,

        Plaintiff,

   v.

THE TRAVELERS INDEMNITY COMPANY,

        Defendant.
_____/

No. C-10-03658 CW (DMR)

**ORDER RE AUGUST 5, 2011 SETTLEMENT CONFERENCE**

On April 18, 2011, the court conducted a settlement conference which resulted in the parties' stipulations regarding discovery and briefing on dispositive motions. The parties' stipulations were memorialized in a minute order. [Docket No. 69.] The court is aware that a discovery dispute has arisen with respect to one aspect of the parties' stipulations. [Docket Nos. 127 and 131.] As part of the August 5, 2011 settlement conference, the parties shall come prepared to discuss the discovery dispute. Defendant St. Paul shall bring unredacted and withheld documents for the court's potential review. If the discovery dispute does not resolve at the settlement conference, it shall be adjudicated by Judge Zimmerman. Discussion of the discovery dispute at the settlement conference will be deemed confidential and may not be used in any other proceeding.

IT IS SO ORDERED.

Dated: August 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge